**No. 46121.**—Protests 732115–G, etc., of Kaufmann's Dept. Stores, Inc. (Pittsburgh).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 46122.**—Protests 939141–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46123.**—Protests 796839–G/84959, etc., of Marshall Field & Co. et al. (Chicago).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46124.**—Protests 656402–G, etc., of S. Schapiro & Sons et al. (St. Louis, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.